# United States District Court
### for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

LAWRENCE HOLLIN, Derivatively on Behalf of Nominal Defendant SAREPTA THERAPEUTICS, INC.,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05793 |
| M. KATHLEEN BEHRENS, RICHARD J. BARRY, KATHRYN BOOR, MICHAEL CHAMBERS, DEIRDRE CONNELLY, DOUGLAS S. INGRAM, STEPHEN L. MAYO, CLAUDE NICAISE, HANS WIGZELL, DALLAN MURRAY, and LOUISE RODINO-KLAPAC, Defendants, and SAREPTA THERAPEUTICS, INC., Nominal Defendant. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Daniel Dolgicer, Individually and on Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05317-VM |
| SAREPTA THERAPEUTICS, INC., DOUGLAS S. INGRAM, DALLAN MURRAY, and LOUISE RODINO-KLAPAC, | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open    (If so, set forth procedural status and summarize any court rulings.)

On June 26, 2025, plaintiff filed a complaint for violations of the federal securities laws in the action captioned Dolgicer v. Sarepta Therapeutics, Inc., et al., Case No. 1:25-cv-05317-VM (the "Related Action").

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This is a shareholder derivative action on behalf of Sarepta Therapeutics, Inc. (the "Action"). The Action and the Related Action concern the same or similar underlying facts and events during a similar period of time and name the same or similar defendants.

Signature: /s/ Gina M. Serra          Date: 7/15/2025

Firm: Rigrodsky Law, P.A.