UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SAREPTA THERAPEUTICS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:25-CV-05793-PAE<br><br>[Rel. 1:25-cv-05317-PAE] |

**STIPULATION AND ORDER TO EXTEND TIME
TO SUBMIT PROPOSED STAY OR PROPOSED SCHEDULE**

WHEREAS, on July 15, 2025, plaintiff Lawrence Hollin ("Plaintiff Hollin") filed a shareholder derivative action on behalf of nominal defendant Sarepta Therapeutics, Inc. ("Sarepta" or the "Company") in this Court alleging causes of action for breach of fiduciary duties, aiding and abetting breach of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against M. Kathleen Behrens ("Behrens"), Richard J. Barry ("Barry"), Kathryn Boor ("Boor"), Michael Chambers ("Chambers"), Deirdre Connelly ("Connelly"), Douglas S. Ingram ("Ingram"), Stephen L. Mayo ("Mayo"), Claude Nicaise ("Nicaise"), Hans Wigzell ("Wigzell"), Dallan Murray ("Murray"), and Louise Rodino-Klapac ("Rodino-Klapac") (the "Individual Defendants" and, together with the Company, "Defendants"), and alleging a cause of action against Defendants Ingram, Murray, and Rodino-Klapac for contribution under Sections 10(b) and 21D of the Exchange Act, captioned *Hollin v. Behrens et al*, Case No. 1:25-CV-05793-PAE (the "*Hollin* Action");

WHEREAS, on August 20, 2025, plaintiff Richard Smith ("Plaintiff Smith") filed a shareholder derivative action on behalf of nominal defendant Sarepta in this Court alleging causes

of action for breach of fiduciary duties, unjust enrichment, and violations of Sections 14(a) of the Exchange Act against the Individual Defendants, and alleging a cause of action against Defendants Wigzell, Mayo, Boor, Murray, and Nicaise for insider selling and misappropriation of information, captioned *Smith v. Behrens et al*, Case No. 1:25-CV-06897-PAE (the "*Smith* Action");

WHEREAS, on September 10, 2025, plaintiff Salvatore Mangiacapre ("Plaintiff Mangiacapre") (together with Plaintiffs Hollin and Smith, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant Sarepta in this Court alleging causes of action for breach of fiduciary duties, unjust enrichment, waste of corporate assets, gross mismanagement, abuse of control, and violations of Section 14(a) of the Exchange Act against the Individual Defendants, and alleging a cause of action against Defendants Ingram, Murray, and Rodino-Klapac for contribution under Sections 10(b) and 21D of the Exchange Act, captioned *Mangiacapre v. Ingram et al*, Case No. 1:25-CV-07531 (the "*Mangiacapre* Action" and together with the *Hollin* and *Smith* Actions, the "Related Derivative Actions");

WHEREAS, on October 8, 2025, the Court granted the Parties' Stipulation and Proposed Order to consolidate the Related Derivative Actions (hereinafter referred to as the "Consolidated Action") and to appoint co-lead counsel for Plaintiffs (Dkt. No. 8) (the "Consolidation Order");

WHEREAS, the Consolidation Order provides that no later than November 3, 2025, the Parties shall meet and confer and submit to the Court a proposed stipulation to stay the Consolidated Action or a proposed schedule for further proceedings; and

WHEREAS, counsel for the Parties have conferred and respectfully request one additional week, until November 10, 2025, to continue discussions and submit to the Court a proposed

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

2

stipulation to stay the Consolidated Action or a proposed schedule for further proceedings.

IT IS HEREBY STIPULATED AND AGREED, as follows:

1.  No later than November 10, 2025, the Parties shall meet and confer and submit to the Court a proposed stipulation to stay the Consolidated Action or a proposed schedule for further proceedings.

2.  This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Consolidated Action.

**IT IS SO STIPULATED.**

DATED: November 3, 2025

**RIGRODSKY LAW, P.A.**
*/s/ Gina M. Serra*
Seth D. Rigrodsky
Gina M. Serra
825 East Gate Blvd., Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

**LATHAM & WATKINS LLP**

*/s/ Sarah A. Tomkowiak*
Sarah A. Tomkowiak (pro hac vice)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: sarah.tomkowiak@lw.com

Michele D. Johnson (pro hac vice)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: michele.johnson@lw.com

*Attorneys for Defendants*

\*   \*   \*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/4/2025

_____
The Hon. Paul A. Engelmayer
United States District Judge